Clark et al v. Ameritas Investment Corp. Doc. 4

Case: 4:05-cv-03251-RGK-DLP   Document #: 4   Date Filed: 09/28/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES D. CLARK, GRANT J. DEYONGE, CLARK BROS., EMPLOYEE STOCK OWNERSHIP PLAN, and CLARK BROS. TRANSFER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05cv3251 |
| v. | ) ) | |
| AMERITAS INVESTMENT CORP., | ) ) | ORDER |
| Defendant. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 17, 2005, file their Report of Parties' Planning Conference.

DATED September 28, 2005.

                                                /s/ *David L. Piester*
                                                United States Magistrate Judge