IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES D. CLARK, GRANT J. DEYONGE, CLARK BROS., EMPLOYEE STOCK OWNERSHIP PLAN, and CLARK BROS. TRANSFER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05cv3251 |
| v. | ) ) | |
| AMERITAS INVESTMENT CORP., | ) ) | ORDER |
| Defendant. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 17, 2005, file their Report of Parties' Planning Conference.

DATED September 28, 2005.

/s/ David L. Piester
United States Magistrate Judge