```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JAMES D. CLARK, GRANT J. DEYONGE, CLARK BROS. TRANSFER, and CLARK BROS. EMPLOYEE STOCK OWNERSHIP PLAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3251 |
| v. | ) ) | |
| AMERITAS INVESTMENT CORP., | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The defendant's motion to stay remand order pending appeal, filing 20, is granted.

DATED this 29th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge