THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES D. CLARK and GRANT J. DEYONGE, Individually and as Assignees of the Beneficiaries and Participants of the Clark Bros. Employees Stock Ownership Plan, the CLARK BROS. EMPLOYEE STOCK OWNERSHIP PLAN and CLARK BROS. TRANSFER, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERITAS INVESTMENT CORP., <br><br> Defendant. | 4:05CV3251 <br><br> **MEMORANDUM AND ORDER** |

The defendant has filed a Statement of Objection, or in the Alternative, Appeal (filing 22) from the Magistrate Judge's order (filing 19) granting the plaintiffs' motion to remand (filing 7). The defendant has also filed a motion (filing 23) to extend the time in which it may submit a brief in support of its Statement of Objection, or in the Alternative, Appeal. I shall grant the defendant's motion.

IT IS ORDERED:

1.  The defendant's motion (filing 23) to extend the time in which it may submit a brief in support of its Statement of Objection, or in the Alternative, Appeal (filing 22) is granted;

2.  Defendant shall file its brief in support of its Statement of Objection, or in the Alternative, Appeal (filing 22) on or before January 20, 2006;

3.   Plaintiffs may file a brief opposing Defendant's Statement of Objection, or in the Alternative, Appeal (filing 22) on or before February 3, 2006.

January 9, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

2