# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES D. CLARK and GRANT J. DEYONGE, Individually and as Assignees of the Beneficiaries and Participants of the Clark Bros. Employees Stock Ownership Plan, the CLARK BROS. EMPLOYEE STOCK OWNERSHIP PLAN and CLARK BROS. TRANSFER, INC., | ) ) ) ) ) ) ) ) ) | 4:05CV3251 |
| Plaintiffs, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| AMERITAS INVESTMENT CORP., | ) ) | |
| Defendant. | ) | |

Pursuant to the court's previous Memoranda and Orders, this case is remanded to the District Court of Douglas County, Nebraska.

May 19, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge